EMMA LOUISE ALLEN, Respondent, v. OSCAR G. MURRAY RAILROAD EMPLOYEES' BENEFIT FUND, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of the Appraisal of the Estate of JAMES D. LOCKWOOD, Deceased. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; ROYAL L. STERLING, Executor, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements, upon the authority of *Matter of Sheppard* (189 App. Div. 370). All concur.

In the Matter of the Appraisal of the Estate of WILDER E. SUMNER, Deceased. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; MARGARET SUMNER DOYLE, Executrix, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements, upon the authority of *Matter of Barnaby* (104 Misc. Rep. 362; affd., 189 App. Div. 929, upon the opinion of Fowler, Surrogate). All concur.

LAZARUS KUPELIAN, Respondent, v. FREDERICK W. ANDREWS and R. S. WESTON TRUCK AND COAL COMPANY, Appellants.— Judgment and order reversed and new trial granted as to the defendant Andrews, with costs to him to abide the event. Judgment and order affirmed, with costs, as to the defendant R. S. Weston Truck and Coal Company. Held, that the court erred in refusing to charge as requested by the defendant Andrews, that if, upon all the evidence, the jury found that the truck driver was negligent and that such negligence was the sole proximate cause of the collision, the plaintiff could not recover, and in limiting the jury to the evidence produced by the plaintiff alone upon which to determine that question; and that the several exceptions taken by the defendant Andrews to the refusal to charge upon that subject were well taken. All concur.

THOMAS J. SMITH, Respondent, v. CITY OF NIAGARA FALLS and Others, Appellants.— Interlocutory judgment affirmed, with costs, with leave to the appellants to withdraw their demurrer and to answer within twenty days upon payment of the costs of the demurrer and of this appeal. All concur.

EMMA BALDWIN, Respondent, v. MILLARD NYE, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the verdict of the jury is against the weight of the evidence upon the question of the assault. All concur.